UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT LEE HARRIS, JR., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | 1:11-cv-00472-GZS |
| ) | |
| MARTIN A. MAGNUSSON, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER VACATING
## RECOMMENDED DECISION

On January 13, 2012, I entered a Recommended Decision to Dismiss the Complaint in the above-referenced action because the Plaintiff had failed to comply with this Court's Order dated December 13, 2011, which required that he file a completed *in forma pauperis* application by January 4, 2012.

I now order that the Recommended Decision dated January 13, 2012, be VACATED.

*So Ordered.*

January 18, 2012            /s/ Margaret J. Kravchuk
                             U.S. Magistrate Judge