UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT LEE HARRIS, JR., )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MARTIN A. MAGNUSSON, et al., )<br>)<br>Defendants ) | Civil No. 11-472-B-GZS |

STATEMENT OF MATERIAL FACTS

Defendants Magnusson, Burnheimer, McHatten, Maxwell, Rackliff, and Blais, through their counsel, hereby submit the following statement of material facts:

1.      Melissa L. Adams is the Chief of the Bureau of Sentence Computation in the Division of Legal Services of the Ohio Department of Rehabilitation and Correction.  Affidavit of Melissa L. Adams, ¶ 1.

2.      In this capacity, she oversees the computation of sentences of imprisonment imposed by the Ohio courts and to be served by persons admitted to the Ohio Department of Rehabilitation and Correction.  Affidavit of Adams, ¶ 2.

3.      Robert Lee Harris, Jr. was admitted to the Ohio Department of Rehabilitation and Correction on March 17, 1975 to serve a sentence of 3 to 20 years.  Letter attached to Adams affidavit.

4.      His maximum expiration date on that sentence was computed to be December 16, 1993, after consideration of jail time credit.  Letter attached to Adams affidavit.

5.      On December 4, 1980, Harris escaped from that sentence.  Letter attached to Adams affidavit.

6. On July 19, 1991, Harris was admitted to the Maine Department of Corrections to serve a sentence of 20 years to be followed by a consecutive sentence of 10 years.  Complaint, ¶ 15.

7. Harris was released from his consecutive Maine sentence and returned to Ohio on April 7, 2011.  Complaint, ¶ 26; Letter attached to Adams affidavit.

8. Harris remained in an absent without leave status (AWOL) on his Ohio sentence until he was returned to Ohio's custody on April 7, 2011.  Letter attached to Adams affidavit.

9. As a result, his maximum sentence expiration date on his Ohio sentence was recomputed to be April 13, 2024.  Letter attached to Adams affidavit.

10. Harris should have been released from his Maine sentence and made available to Ohio to recommence his Ohio sentence on September 20, 2009.  Complaint, ¶ 26; Letter attached to Adams affidavit.

11. Instead, he was held in federal prison purportedly serving his Maine sentence under a contract with Maine from September 20, 2009 until April 7, 2011.  Complaint, ¶¶ 16, 27, 28; Declaration of Robert Lee Harris, Jr., ¶¶ 17, 32, 33.

12. Subsequently, Maine provided documentation to Ohio indicating that Harris should have been released from his Maine sentence on September 20, 2009.  Affidavit of Adams, ¶ 3, and the letter attached thereto.

13. Based on the foregoing information provided by the State of Maine, Ohio adjusted the computation of Harris' Ohio sentence and changed his maximum sentence expiration date to September 27, 2022.  Affidavit of Adams, ¶ 3, and the letter attached thereto.

14. Harris was given credit against his Ohio sentence for all of the days he spent in federal prison between the date he should have been released from his Maine sentence and made available to Ohio to recommence his Ohio sentence (September 20, 2009) and the date he was in

fact returned to Ohio to recommence his Ohio sentence (April 7, 2011). Affidavit of Adams, ¶ 4, and the letter attached thereto; Objection to Magistrate Judge Kravchuk's Report (sic) Recommendation, ¶ 13.

Dated: April 20, 2012                         /s/ Diane E. Sleek
                                              DIANE E. SLEEK, AAG

CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused one copy of this statement of material facts to be served upon Robert Lee Harris, Jr., # 141-371, LECI, P.O. Box 56, Lebanon, OH 45036, by having the same deposited in the United States Mail, postage prepaid.

Dated: April 20, 2012                         /s/ Diane E. Sleek
                                              DIANE E. SLEEK, AAG
                                              Office of Attorney General
                                              Six State House Station
                                              Augusta, ME 04333-0006
                                              Tel. (207) 626-8800