UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **ROBERT LEE HARRIS, JR.,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | No. 1:11-cv-472-GZS |
| ) | |
| **MARTIN A. MAGNUSSON, et als.,** ) | |
| ) | |
|     **Defendant** ) | |
| ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 22, 2012, her Recommended Decision (Docket No. 15).  Plaintiff filed his Objection to the Recommended Decision (Docket No. 16) on April 16, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Plaintiff's claims against Defendant David Ebbert and Defendant Sue Stover, are **DISMISSED**.

/s/George Z. Singal
U.S. District Judge

Dated this 11th day of May, 2012.