UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| **ROBERT LEE HARRIS, JR.,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | No. 1:11-cv-00472-GZS |
| | ) | |
| **MARTIN A. MAGNUSSON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 3, 2012, her Recommended Decision (ECF No. 29). Plaintiff filed his Objection to the Recommended Decision (ECF No. 33) on August 20, 2012. The Government filed its Response to Plaintiff's Objection to the Recommended Decision (ECF No. 34) on August 30, 2012.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that the Defendants' Motion for Summary Judgment (ECF No. 18) is **GRANTED**.

3. It is hereby **ORDERED** that Plaintiff's Motion to Stay (ECF No. 33) is **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 10th day of September, 2012.