UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT LEE HARRIS, Jr. | ) |
| | ) |
| v. | ) Civil No. 1:11-cv-472-GZS |
| | ) |
| MARTIN A. MAGNUSSON et al | ) |

## JUDGMENT

In accordance with the Order Affirming Recommended Decision of the Magistrate Judge, issued on May 11, 2012, Judgment of Dismissal is hereby entered in favor of Defendants David J. Ebbert and Sue Stover.

In accordance with the Order Affirming Recommended Decision of the Magistrate Judge, issued on September 10, 2012, Judgment is hereby entered in favor of Defendants Martin A. Magnusson, Mrs. Scott V. Burnheimer, Carl McHatten, Stephen Maxwell, Cherly Rackliff and Jeanne Blais, against the Plaintiff, Robert Lee Harris, Jr.

CHRISTA K. BERRY
CLERK

By:   /s/Courtney Francis
       Deputy Clerk

Dated: September 12, 2012